## No. 7481.

### JAMES FRERET VS. BERRY RUSSELL.

A construction of a contract that leads to an absurdity, or to a manifest and palpable improbability, will not be adopted when there is another that tallies with the facts and violates no probabilities.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

*Lancaster* and *H. N. Ogden* for Plaintiff. *Bonner* for Defendant Appellant.

DE BLANC, J., delivered the opinion, affirming the judgment.